# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stahl, Norman H. | US Court of Appeals - 1st Circuit | 07/20/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final | 01/01/2019 **to** 12/31/2019 |
|  | **5b.** ☐ Amended Report |  |

**7. Chambers or Office Address**

US Court of Appeals
1 Courthouse Way, Suite 8730
Boston, Massachusetts 02210

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Tufts Medical Center Board of Governors |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Ashland House Associates, LP, 9%, Bedford, NH - Rental Income | E | Rent | N | W | | | | | |
| 2. Citizen's Bank, Cash, Checking and MM | A | Interest | J | T | | | | | |
| 3. Martha's Vineyard Savings Bank, Cash | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. Trust # 1 (H) | | | | | | | | | |
| 6. -Exxon Mobil | B | Dividend | K | T | | | | | |
| 7. -Kellogg Co | B | Dividend | L | T | | | | | |
| 8. -Pepsico | B | Dividend | L | T | | | | | |
| 9. -Charles Schwab Corp. | B | Dividend | L | T | Buy (add'l) | 05/23/19 | J | | |
| 10. | | | | | Buy (add'l) | 07/02/19 | J | | |
| 11. | | | | | Sold (part) | 09/11/19 | J | | |
| 12. | | | | | Sold (part) | 09/25/19 | J | | |
| 13. | | | | | Sold (part) | 09/26/19 | J | | |
| 14. | | | | | Sold (part) | 09/14/19 | J | | |
| 15. | | | | | Sold (part) | 10/17/19 | J | | |
| 16. -Alphabet Inc. Class C | | None | K | T | | | | | |
| 17. -Nestle SA | A | Dividend | K | T | Sold (part) | 01/03/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 05/31/19 | J | B | |
| 19. | | | | | Sold<br>(part) | 09/26/19 | J | A | |
| 20. | | | | | Sold<br>(part) | 12/23/19 | J | A | |
| 21.   -Diageo PLC | A | Dividend | J | T | Sold<br>(part) | 05/09/19 | J | B | |
| 22. | | | | | Buy<br>(add'l) | 10/11/19 | J | | |
| 23. | | | | | Sold<br>(part) | 12/23/19 | J | B | |
| 24.   -Walt Disney Co | A | Dividend | K | T | Sold<br>(part) | 08/08/19 | J | A | |
| 25. | | | | | Sold<br>(part) | 12/23/19 | J | A | |
| 26.   -LVMH MOET | A | Dividend | J | T | | | | | |
| 27.   -Comcast Corporation | A | Dividend | K | T | Buy<br>(add'l) | 01/30/19 | J | | |
| 28. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 29. | | | | | Sold<br>(part) | 12/23/19 | J | A | |
| 30.   -McDonalds | A | Dividend | K | T | Sold<br>(part) | 05/13/19 | J | B | |
| 31. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 32. | | | | | Sold<br>(part) | 12/10/19 | J | B | |
| 33.   -Wal-mart Stores | A | Dividend | K | T | Sold<br>(part) | 07/26/19 | J | A | |
| 34. | | | | | Sold<br>(part) | 10/08/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 12/23/19 | J | A | |
| 36.   -Facebook Class A | | None | K | T | Buy<br>(add'l) | 09/10/19 | J | | |
| 37. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 38. | | | | | Sold<br>(part) | 12/10/19 | J | B | |
| 39.   -Heineken NV FADR | A | Dividend | J | T | Sold<br>(part) | 01/30/19 | J | A | |
| 40. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |
| 42. | | | | | Sold<br>(part) | 12/23/19 | J | A | |
| 43.   -Marriott Intl Inc. Class A | A | Dividend | | | Sold<br>(part) | 02/06/19 | J | | |
| 44. | | | | | Sold<br>(part) | 02/22/19 | J | | |
| 45. | | | | | Sold<br>(part) | 05/20/19 | J | | |
| 46. | | | | | Sold<br>(part) | 05/21/19 | J | A | |
| 47. | | | | | Sold | 05/22/19 | J | A | |
| 48.   -Microsoft Corp | A | Dividend | K | T | Sold<br>(part) | 12/23/19 | J | B | |
| 49.   -Coca Cola | A | Dividend | K | T | Buy<br>(add'l) | 04/24/19 | J | | |
| 50. | | | | | Sold<br>(part) | 06/06/19 | J | A | |
| 51. | | | | | Sold<br>(part) | 09/25/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/10/19 | J | A | |
| 53. | | | | | Sold (part) | 12/23/19 | J | A | |
| 54.   -Darden Restaurants | A | Dividend | J | T | Buy (add'l) | 07/31/19 | J | | |
| 55. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 56. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 57. | | | | | Sold (part) | 12/10/19 | J | | |
| 58. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 59. | | | | | Sold (part) | 12/23/19 | J | | |
| 60.   -Ulta Beauty, Inc. | | None | K | T | Sold (part) | 01/09/19 | J | A | |
| 61. | | | | | Sold (part) | 04/23/19 | J | B | |
| 62. | | | | | Buy (add'l) | 09/18/19 | J | | |
| 63. | | | | | Sold (part) | 12/10/19 | J | A | |
| 64.   -Ebay | A | Dividend | | | Sold | 04/01/19 | J | A | |
| 65. | | | | | Sold (part) | 09/24/19 | J | A | |
| 66. | | | | | Sold (part) | 10/18/19 | J | A | |
| 67. | | | | | Sold | 10/25/19 | J | | |
| 68.   -Home Depot | A | Dividend | K | T | Buy (add'l) | 02/26/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold (part) | 12/10/19 | J | B | |
| 70. | | | | | Sold (part) | 12/23/19 | J | A | |
| 71.    -Sherwin Williams Co | A | Dividend | | | Buy (add'l) | 01/03/19 | J | | |
| 72. | | | | | Sold (part) | 09/26/19 | J | A | |
| 73. | | | | | Sold (part) | 10/02/19 | J | B | |
| 74. | | | | | Sold | 10/04/19 | J | B | |
| 75.    -Starbucks | A | Dividend | | | Sold (part) | 06/25/19 | J | B | |
| 76. | | | | | Sold (part) | 06/26/19 | J | B | |
| 77. | | | | | Sold | 07/01/19 | J | A | |
| 78.    -Tiffany Co | A | Dividend | J | T | Buy (add'l) | 01/10/19 | J | | |
| 79. | | | | | Sold (part) | 12/10/19 | J | B | |
| 80.    -WW International (Formerly: Weight Watchers Intl) | | None | J | T | Buy (add'l) | 01/30/19 | J | | |
| 81. | | | | | Sold (part) | 07/08/19 | J | | |
| 82. | | | | | Sold (part) | 08/08/19 | J | | |
| 83. | | | | | Sold (part) | 09/03/19 | J | | |
| 84. | | | | | Buy (add'l) | 10/29/19 | J | | |
| 85. | | | | | Buy (add'l) | 12/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -William Sonoma | A | Dividend | K | T | Buy (add'l) | 08/08/19 | J | | |
| 87. | | | | | Sold (part) | 11/07/19 | J | A | |
| 88. | | | | | Sold (part) | 12/23/19 | J | A | |
| 89.   -Cash, Schwab Bank Sweep | A | Interest | K | T | | | | | |
| 90.   -US Treasury Bill Due 5/30/19 | D | Interest | | | Matured | 05/15/19 | N | | |
| 91.   -US Treasury Bill Due 8/15/19 | D | Interest | | | Matured | 08/15/19 | M | | |
| 92.   -US Treasury Bill Due 5/21/20 | | None | N | T | Buy | 05/15/19 | N | | |
| 93.   -US Treasury Bill Due 8/13/20 | | None | M | T | Buy | 08/15/19 | M | | |
| 94.   -Amazon | | None | K | T | Buy | 11/13/19 | L | | |
| 95. | | | | | Buy (add'l) | 11/18/19 | L | | |
| 96.   -American Express | A | Dividend | K | T | Buy | 01/31/19 | J | | |
| 97. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 98. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 99. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 100. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 101. | | | | | Sold (part) | 12/10/19 | J | A | |
| 102. | | | | | Sold (part) | 12/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Anheuser Busch | A | Dividend | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 104. | | | | | Sold<br>(part) | 07/29/19 | J | | |
| 105. | | | | | Sold<br>(part) | 08/01/19 | J | | |
| 106. | | | | | Sold<br>(part) | 09/18/19 | J | | |
| 107. | | | | | Sold | 10/03/19 | J | | |
| 108.  -Booking Holdings Inc | | None | | | Buy | 05/22/19 | K | | |
| 109. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 110. | | | | | Sold<br>(part) | 11/13/19 | J | A | |
| 111. | | | | | Sold<br>(part) | 11/18/19 | J | A | |
| 112. | | | | | Sold | 11/20/19 | J | A | |
| 113.  -Dicks Sporting Goods | A | Dividend | K | T | Buy | 06/25/19 | J | | |
| 114. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 115. | | | | | Buy<br>(add'l) | 08/09/19 | J | | |
| 116.  -Dominos Pizza Inc | A | Dividend | J | T | Buy | 09/25/19 | J | | |
| 117.  -Dunkin Brands Group | A | Dividend | J | T | Buy<br>(add'l) | 08/01/19 | J | | |
| 118.  -Ralph Lauren Corp Class A | | None | J | T | Buy | 10/14/19 | J | | |
| 119. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 121. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 122. | | | | | | | | | |
| 123.  Trust # 2 IRA (H) | | | | | | | | | |
| 124.  -Alphabet Inc. Class C | | None | M | T | Sold<br>(part) | 01/04/19 | J | | |
| 125. | | | | | Sold<br>(part) | 01/08/19 | J | | |
| 126. | | | | | Sold<br>(part) | 02/04/19 | J | B | |
| 127. | | | | | Sold<br>(part) | 03/05/19 | J | B | |
| 128. | | | | | Sold<br>(part) | 03/11/19 | J | D | |
| 129. | | | | | Sold<br>(part) | 03/12/19 | J | C | |
| 130. | | | | | Sold<br>(part) | 04/16/19 | J | C | |
| 131. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 05/23/19 | J | | |
| 133. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 134. | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 135. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 136. | | | | | Sold<br>(part) | 07/24/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/08/19 | J | B | |
| 138. | | | | | Sold (part) | 11/12/19 | J | B | |
| 139. | | | | | Sold (part) | 11/15/19 | J | B | |
| 140. | | | | | Sold (part) | 12/19/19 | J | B | |
| 141.  -Anheuser-Busch | B | Dividend | | | Buy (add'l) | 01/16/19 | J | | |
| 142. | | | | | Buy (add'l) | 03/07/19 | J | | |
| 143. | | | | | Sold (part) | 04/16/19 | J | | |
| 144. | | | | | Sold (part) | 05/22/19 | J | | |
| 145. | | | | | Sold (part) | 06/20/19 | J | | |
| 146. | | | | | Sold (part) | 07/03/19 | J | | |
| 147. | | | | | Sold (part) | 07/19/19 | J | | |
| 148. | | | | | Sold (part) | 07/23/19 | J | | |
| 149. | | | | | Sold (part) | 07/25/19 | J | | |
| 150. | | | | | Sold (part) | 07/26/19 | J | | |
| 151. | | | | | Sold (part) | 07/29/19 | J | | |
| 152. | | | | | Sold (part) | 08/01/19 | J | | |
| 153. | | | | | Sold (part) | 08/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 09/03/19 | J | | |
| 155. | | | | | Sold<br>(part) | 09/06/19 | J | | |
| 156. | | | | | Sold<br>(part) | 09/12/19 | J | A | |
| 157. | | | | | Sold<br>(part) | 09/17/19 | J | A | |
| 158. | | | | | Sold<br>(part) | 09/18/19 | K | B | |
| 159. | | | | | Sold | 09/20/19 | J | B | |
| 160.   -Booking Holdings, Inc. | | None | | | Buy | 05/17/19 | J | | |
| 161. | | | | | Buy<br>(add'l) | 05/20/19 | J | | |
| 162. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 163. | | | | | Buy<br>(add'l) | 05/23/19 | J | | |
| 164. | | | | | Buy<br>(add'l) | 05/28/19 | J | | |
| 165. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 166. | | | | | Sold<br>(part) | 07/26/19 | J | A | |
| 167. | | | | | Sold<br>(part) | 09/03/19 | J | A | |
| 168. | | | | | Sold<br>(part) | 11/04/19 | J | B | |
| 169. | | | | | Sold<br>(part) | 11/13/19 | J | A | |
| 170. | | | | | Sold<br>(part) | 11/18/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 11/20/19 | L | C | |
| 172.  -Charles Schwab Corp | B | Dividend | | | Sold (part) | 01/04/19 | J | | |
| 173. | | | | | Buy (add'l) | 02/21/19 | J | | |
| 174. | | | | | Buy (add'l) | 03/07/19 | J | | |
| 175. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 176. | | | | | Sold (part) | 04/16/19 | J | | |
| 177. | | | | | Buy (add'l) | 04/26/19 | J | | |
| 178. | | | | | Sold (part) | 05/22/19 | J | | |
| 179. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 180. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 181. | | | | | Buy (add'l) | 08/14/19 | J | | |
| 182. | | | | | Sold (part) | 09/03/19 | J | | |
| 183. | | | | | Sold (part) | 09/11/19 | J | | |
| 184. | | | | | Sold (part) | 09/20/19 | J | | |
| 185. | | | | | Sold (part) | 09/27/19 | K | | |
| 186. | | | | | Sold (part) | 10/11/19 | J | | |
| 187. | | | | | Sold (part) | 10/14/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold<br>(part) | 10/15/19 | J | | |
| 189. | | | | | Sold | 10/17/19 | K | | |
| 190.  -Coca Cola Company | C | Dividend | M | T | Sold<br>(part) | 01/04/19 | J | A | |
| 191. | | | | | Buy<br>(add'l) | 01/09/19 | J | | |
| 192. | | | | | Buy<br>(add'l) | 02/15/19 | J | | |
| 193. | | | | | Buy<br>(add'l) | 02/19/19 | J | | |
| 194. | | | | | Buy<br>(add'l) | 02/20/19 | J | | |
| 195. | | | | | Buy<br>(add'l) | 02/22/19 | J | | |
| 196. | | | | | Buy<br>(add'l) | 03/08/19 | J | | |
| 197. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 198. | | | | | Buy<br>(add'l) | 04/23/19 | K | | |
| 199. | | | | | Buy<br>(add'l) | 04/24/19 | J | | |
| 200. | | | | | Sold<br>(part) | 05/22/19 | J | A | |
| 201. | | | | | Sold<br>(part) | 06/05/19 | K | B | |
| 202. | | | | | Sold<br>(part) | 06/06/19 | J | A | |
| 203. | | | | | Sold<br>(part) | 06/20/19 | J | A | |
| 204. | | | | | Sold<br>(part) | 07/02/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 07/23/19 | J | A | |
| 206. | | | | | Sold (part) | 07/26/19 | J | A | |
| 207. | | | | | Sold (part) | 08/05/19 | J | A | |
| 208. | | | | | Sold (part) | 08/14/19 | J | A | |
| 209. | | | | | Sold (part) | 08/15/19 | J | B | |
| 210. | | | | | Sold (part) | 08/23/19 | J | B | |
| 211. | | | | | Sold (part) | 08/26/19 | J | A | |
| 212. | | | | | Sold (part) | 09/03/19 | J | A | |
| 213. | | | | | Sold (part) | 09/24/19 | J | A | |
| 214. | | | | | Sold (part) | 09/25/19 | J | A | |
| 215. | | | | | Sold (part) | 10/18/19 | J | | |
| 216. | | | | | Buy (add'l) | 10/21/19 | J | | |
| 217. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 218. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 219. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 220. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 221. | | | | | Buy (add'l) | 11/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 11/12/19 | J | | |
| 223.   -Comcast | C | Dividend | M | T | Sold<br>(part) | 01/04/19 | J | | |
| 224. | | | | | Sold<br>(part) | 02/07/19 | J | A | |
| 225. | | | | | Sold<br>(part) | 03/01/19 | J | A | |
| 226. | | | | | Sold<br>(part) | 03/15/19 | J | A | |
| 227. | | | | | Sold<br>(part) | 04/16/19 | J | A | |
| 228. | | | | | Sold<br>(part) | 05/22/19 | J | A | |
| 229. | | | | | Sold<br>(part) | 07/12/19 | J | A | |
| 230. | | | | | Sold<br>(part) | 07/16/19 | J | A | |
| 231. | | | | | Sold<br>(part) | 09/03/19 | J | A | |
| 232. | | | | | Sold<br>(part) | 09/09/19 | J | B | |
| 233. | | | | | Sold<br>(part) | 09/12/19 | J | B | |
| 234. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 235. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 236. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 237. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 238. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Darden Restaurants | B | Dividend | L | T | Buy (add'l) | 02/27/19 | J | | |
| 240. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 241. | | | | | Buy (add'l) | 03/07/19 | J | | |
| 242. | | | | | Buy (add'l) | 03/08/19 | J | | |
| 243. | | | | | Buy (add'l) | 04/04/19 | J | | |
| 244. | | | | | Buy (add'l) | 04/17/19 | J | | |
| 245. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 246. | | | | | Sold (part) | 05/22/19 | J | A | |
| 247. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 248. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 249. | | | | | Sold (part) | 09/03/19 | J | | |
| 250. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 251. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 252. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 253. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 254. | | | | | Buy (add'l) | 10/10/19 | J | | |
| 255. | | | | | Buy (add'l) | 10/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 257. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 258.  -Diageo, PLC | B | Dividend | M | T | Sold (part) | 01/04/19 | J | A | |
| 259. | | | | | Sold (part) | 05/22/19 | J | B | |
| 260. | | | | | Sold (part) | 05/23/19 | J | C | |
| 261. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 262. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 263. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 264. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 265. | | | | | Buy (add'l) | 10/11/19 | J | | |
| 266. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 267. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 268. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 269. | | | | | Buy (add'l) | 11/08/19 | J | | |
| 270. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 271.  -Dunkin Brands Group | B | Dividend | L | T | Sold (part) | 01/04/19 | J | | |
| 272. | | | | | Buy (add'l) | 05/06/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Buy<br>(add'l) | 05/08/19 | J | | |
| 274. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 275. | | | | | Sold<br>(part) | 05/22/19 | J | B | |
| 276. | | | | | Buy<br>(add'l) | 05/28/19 | J | | |
| 277. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 278. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 279. | | | | | Buy<br>(add'l) | 10/16/19 | J | | |
| 280. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 281. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 282.   -Ebay | B | Dividend | | | Sold<br>(part) | 01/04/19 | J | | |
| 283. | | | | | Sold<br>(part) | 01/07/19 | J | | |
| 284. | | | | | Sold<br>(part) | 01/08/19 | J | | |
| 285. | | | | | Sold<br>(part) | 01/11/19 | J | | |
| 286. | | | | | Sold<br>(part) | 01/14/19 | J | | |
| 287. | | | | | Sold<br>(part) | 01/15/19 | J | | |
| 288. | | | | | Sold<br>(part) | 01/17/19 | J | | |
| 289. | | | | | Sold<br>(part) | 02/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 02/06/19 | J | | |
| 291. | | | | | Sold (part) | 02/22/19 | J | | |
| 292. | | | | | Sold (part) | 03/05/19 | J | | |
| 293. | | | | | Sold (part) | 03/21/19 | J | | |
| 294. | | | | | Sold (part) | 04/01/19 | J | | |
| 295. | | | | | Sold (part) | 04/02/19 | J | | |
| 296. | | | | | Sold (part) | 04/16/19 | J | | |
| 297. | | | | | Sold (part) | 05/22/19 | J | | |
| 298. | | | | | Sold (part) | 07/12/19 | J | A | |
| 299. | | | | | Sold (part) | 09/03/19 | J | A | |
| 300. | | | | | Sold (part) | 10/11/19 | J | A | |
| 301. | | | | | Sold (part) | 10/15/19 | J | A | |
| 302. | | | | | Sold (part) | 10/18/19 | J | A | |
| 303. | | | | | Sold (part) | 10/22/19 | K | A | |
| 304. | | | | | Sold | 10/25/19 | K | D | |
| 305. -Facebook, Inc. Class A | None | | M | T | Sold (part) | 01/04/19 | J | | |
| 306. | | | | | Sold (part) | 01/09/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 02/04/19 | J | A | |
| 308. | | | | | Sold (part) | 02/05/19 | J | A | |
| 309. | | | | | Sold (part) | 02/25/19 | J | A | |
| 310. | | | | | Sold (part) | 03/04/19 | J | A | |
| 311. | | | | | Sold (part) | 03/05/19 | J | A | |
| 312. | | | | | Sold (part) | 03/06/19 | J | A | |
| 313. | | | | | Sold (part) | 03/08/19 | J | A | |
| 314. | | | | | Sold (part) | 03/11/19 | J | A | |
| 315. | | | | | Sold (part) | 03/13/19 | J | A | |
| 316. | | | | | Sold (part) | 03/22/19 | J | A | |
| 317. | | | | | Sold (part) | 04/04/19 | J | A | |
| 318. | | | | | Sold (part) | 04/03/19 | J | A | |
| 319. | | | | | Sold (part) | 05/22/19 | J | A | |
| 320. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 321. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 322. | | | | | Sold (part) | 06/17/19 | J | A | |
| 323. | | | | | Sold (part) | 06/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 07/12/19 | J | A | |
| 325. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 326. | | | | | Buy (add'l) | 07/24/19 | J | | |
| 327. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 328. | | | | | Buy (add'l) | 07/26/19 | J | | |
| 329. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 330. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 331. | | | | | Buy (add'l) | 08/14/19 | J | | |
| 332. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 333. | | | | | Sold (part) | 09/03/19 | J | | |
| 334. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 335. | | | | | Buy (add'l) | 09/25/19 | J | | |
| 336. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 337. | | | | | Sold (part) | 11/12/19 | J | | |
| 338. | | | | | Sold (part) | 11/22/19 | J | | |
| 339. | | | | | Sold (part) | 11/27/19 | J | B | |
| 340. | | | | | Buy (add'l) | 12/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Sold<br>(part) | 12/19/19 | J | B | |
| 342.  -Heineken NV | A | Dividend | L | T | Sold<br>(part) | 01/04/19 | J | | |
| 343. | | | | | Sold<br>(part) | 01/10/19 | J | | |
| 344. | | | | | Sold<br>(part) | 01/29/19 | J | | |
| 345. | | | | | Sold<br>(part) | 01/30/19 | K | | |
| 346. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 347. | | | | | Buy<br>(add'l) | 12/02/19 | K | | |
| 348. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 349. | | | | | Buy<br>(add'l) | 12/12/19 | K | | |
| 350. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 351. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 352. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |
| 353.  -Home Depot | C | Dividend | M | T | Buy<br>(add'l) | 02/27/19 | J | | |
| 354. | | | | | Sold<br>(part) | 04/08/19 | J | A | |
| 355. | | | | | Sold<br>(part) | 05/22/19 | J | A | |
| 356. | | | | | Sold<br>(part) | 06/03/19 | J | A | |
| 357. | | | | | Sold<br>(part) | 06/05/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 06/20/19 | J | A | |
| 359. | | | | | Sold (part) | 07/26/19 | J | B | |
| 360. | | | | | Sold (part) | 08/20/19 | J | B | |
| 361. | | | | | Sold (part) | 08/21/19 | J | B | |
| 362. | | | | | Sold (part) | 09/25/19 | J | B | |
| 363. | | | | | Sold (part) | 09/26/19 | J | B | |
| 364. | | | | | Sold (part) | 10/08/19 | J | B | |
| 365. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 366. | | | | | Buy (add'l) | 11/22/19 | J | | |
| 367. | | | | | Buy (add'l) | 12/11/19 | J | | |
| 368. -LVMH MOET | B | Dividend | L | T | Sold (part) | 01/04/19 | J | | |
| 369. | | | | | Sold (part) | 04/16/19 | J | B | |
| 370. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 371. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 372. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 373. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 374. | | | | | Sold (part) | 11/06/19 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  -Marriott Intl Inc Class A | A | Dividend | | | Sold<br>(part) | 01/04/19 | J | | |
| 376. | | | | | Sold<br>(part) | 02/15/19 | J | | |
| 377. | | | | | Sold<br>(part) | 02/19/19 | J | | |
| 378. | | | | | Sold<br>(part) | 02/20/19 | J | | |
| 379. | | | | | Sold<br>(part) | 02/22/19 | J | | |
| 380. | | | | | Sold<br>(part) | 04/16/19 | J | A | |
| 381. | | | | | Sold<br>(part) | 05/16/19 | J | A | |
| 382. | | | | | Sold<br>(part) | 05/17/19 | K | A | |
| 383. | | | | | Sold<br>(part) | 05/20/19 | K | A | |
| 384. | | | | | Sold<br>(part) | 05/21/19 | K | B | |
| 385. | | | | | Sold | 05/22/19 | K | C | |
| 386.  -McDonalds | C | Dividend | M | T | Sold<br>(part) | 01/04/19 | J | B | |
| 387. | | | | | Buy<br>(add'l) | 02/12/19 | J | | |
| 388. | | | | | Buy<br>(add'l) | 02/13/19 | J | | |
| 389. | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 390. | | | | | Sold<br>(part) | 04/16/19 | J | B | |
| 391. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Sold<br>(part) | 05/13/19 | J | B | |
| 393. | | | | | Sold<br>(part) | 05/23/19 | J | B | |
| 394. | | | | | Sold<br>(part) | 05/30/19 | J | C | |
| 395. | | | | | Sold<br>(part) | 06/03/19 | J | C | |
| 396. | | | | | Sold<br>(part) | 06/20/19 | J | C | |
| 397. | | | | | Sold<br>(part) | 07/08/19 | J | C | |
| 398. | | | | | Sold<br>(part) | 08/09/19 | J | C | |
| 399. | | | | | Sold<br>(part) | 08/13/19 | J | B | |
| 400. | | | | | Sold<br>(part) | 09/03/19 | J | B | |
| 401. | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 402. | | | | | Sold<br>(part) | 10/08/19 | J | B | |
| 403. | | | | | Buy<br>(add'l) | 10/22/19 | K | | |
| 404. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 405. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 406. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 407. -Microsoft Corp | A | Dividend | L | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 408. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 410. | | | | | Sold (part) | 04/23/19 | J | B | |
| 411. | | | | | Sold (part) | 05/01/19 | J | B | |
| 412. | | | | | Sold (part) | 05/22/19 | J | B | |
| 413. | | | | | Sold (part) | 06/20/19 | J | B | |
| 414. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 415. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 416. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 417. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 418. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 419. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 420. | | | | | Sold (part) | 11/12/19 | J | B | |
| 421. | | | | | Sold (part) | 11/15/19 | J | C | |
| 422. | | | | | Sold (part) | 12/19/19 | J | C | |
| 423. -Nestle | C | Dividend | M | T | Sold (part) | 01/03/19 | J | A | |
| 424. | | | | | Sold (part) | 01/04/19 | J | A | |
| 425. | | | | | Sold (part) | 03/08/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. | | | | | Sold<br>(part) | 07/26/19 | J | B | |
| 427. | | | | | Sold<br>(part) | 07/29/19 | J | A | |
| 428. | | | | | Sold<br>(part) | 08/28/19 | J | B | |
| 429. | | | | | Sold<br>(part) | 09/03/19 | J | B | |
| 430. | | | | | Sold<br>(part) | 09/26/19 | J | C | |
| 431. | | | | | Buy<br>(add'l) | 10/17/19 | J | | |
| 432. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 433. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 434. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 435.   -Sherwin William Co | A | Dividend | | | Buy<br>(add'l) | 01/03/19 | J | | |
| 436. | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 437. | | | | | Buy<br>(add'l) | 03/06/19 | J | | |
| 438. | | | | | Sold<br>(part) | 05/06/19 | J | A | |
| 439. | | | | | Sold<br>(part) | 07/23/19 | J | B | |
| 440. | | | | | Sold<br>(part) | 07/25/19 | J | B | |
| 441. | | | | | Sold<br>(part) | 07/26/19 | J | A | |
| 442. | | | | | Sold<br>(part) | 07/30/19 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. | | | | | Sold<br>(part) | 08/08/19 | J | B | |
| 444. | | | | | Sold<br>(part) | 08/30/19 | J | A | |
| 445. | | | | | Sold<br>(part) | 09/12/19 | J | B | |
| 446. | | | | | Sold<br>(part) | 09/24/19 | J | A | |
| 447. | | | | | Sold<br>(part) | 10/02/19 | J | C | |
| 448. | | | | | Sold | 10/03/19 | K | D | |
| 449.  -Starbucks Corp | A | Dividend | | | Sold<br>(part) | 01/04/19 | J | A | |
| 450. | | | | | Sold<br>(part) | 01/29/19 | J | B | |
| 451. | | | | | Sold<br>(part) | 04/23/19 | J | B | |
| 452. | | | | | Sold<br>(part) | 05/01/19 | J | B | |
| 453. | | | | | Sold<br>(part) | 05/08/19 | J | B | |
| 454. | | | | | Sold<br>(part) | 05/16/19 | J | B | |
| 455. | | | | | Sold<br>(part) | 06/13/19 | J | B | |
| 456. | | | | | Sold<br>(part) | 06/14/19 | J | C | |
| 457. | | | | | Sold | 06/28/19 | J | C | |
| 458.  -Tiffany & Co | B | Dividend | | | Sold<br>(part) | 01/04/19 | J | | |
| 459. | | | | | Sold<br>(part) | 03/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | Sold<br>(part) | 03/27/19 | J | A | |
| 461. | | | | | Sold<br>(part) | 04/02/19 | J | A | |
| 462. | | | | | Sold<br>(part) | 04/18/19 | J | A | |
| 463. | | | | | Sold<br>(part) | 04/23/19 | J | A | |
| 464. | | | | | Buy<br>(add'l) | 06/11/19 | J | | |
| 465. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 466. | | | | | Buy<br>(add'l) | 07/02/19 | J | | |
| 467. | | | | | Buy<br>(add'l) | 08/14/19 | J | | |
| 468. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 469. | | | | | Sold<br>(part) | 08/29/19 | J | | |
| 470. | | | | | Sold<br>(part) | 09/03/19 | J | | |
| 471. | | | | | Sold<br>(part) | 09/13/19 | J | | |
| 472. | | | | | Sold<br>(part) | 11/04/19 | J | A | |
| 473. | | | | | Sold<br>(part) | 11/21/19 | K | C | |
| 474. | | | | | Sold | 11/25/19 | L | E | |
| 475. -Ultra Beauty Inc. | | None | L | T | Sold<br>(part) | 03/21/19 | J | C | |
| 476. | | | | | Sold<br>(part) | 03/25/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 03/26/19 | J | B | |
| 478. | | | | | Sold (part) | 04/01/19 | J | B | |
| 479. | | | | | Sold (part) | 04/03/19 | J | B | |
| 480. | | | | | Sold (part) | 04/17/19 | J | C | |
| 481. | | | | | Sold (part) | 04/23/19 | J | B | |
| 482. | | | | | Buy (add'l) | 06/24/19 | J | | |
| 483. | | | | | Sold (part) | 07/17/19 | J | B | |
| 484. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 485. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 486. | | | | | Buy (add'l) | 08/14/19 | J | | |
| 487. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 488. | | | | | Buy (add'l) | 08/30/19 | J | | |
| 489. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 490. | | | | | Buy (add'l) | 09/09/19 | J | | |
| 491. | | | | | Buy (add'l) | 09/12/19 | J | | |
| 492. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 493. | | | | | Buy (add'l) | 12/18/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  -Walmart Stores Inc | B | Dividend | L | T | Buy (add'l) | 01/30/19 | J | | |
| 495. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 496. | | | | | Buy (add'l) | 02/20/19 | J | | |
| 497. | | | | | Buy (add'l) | 02/21/19 | J | | |
| 498. | | | | | Buy (add'l) | 02/26/19 | J | | |
| 499. | | | | | Buy (add'l) | 03/27/19 | J | | |
| 500. | | | | | Sold (part) | 04/03/19 | J | A | |
| 501. | | | | | Sold (part) | 05/20/19 | J | A | |
| 502. | | | | | Sold (part) | 05/22/19 | J | A | |
| 503. | | | | | Sold (part) | 05/28/19 | J | A | |
| 504. | | | | | Sold (part) | 05/29/19 | J | A | |
| 505. | | | | | Sold (part) | 06/03/19 | J | A | |
| 506. | | | | | Sold (part) | 06/05/19 | J | A | |
| 507. | | | | | Sold (part) | 06/10/19 | J | A | |
| 508. | | | | | Sold (part) | 06/13/19 | J | A | |
| 509. | | | | | Sold (part) | 06/20/19 | J | A | |
| 510. | | | | | Sold (part) | 08/15/19 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511. | | | | | Sold<br>(part) | 08/16/19 | J | A | |
| 512. | | | | | Sold<br>(part) | 09/24/19 | J | C | |
| 513. | | | | | Sold<br>(part) | 09/25/19 | J | C | |
| 514. | | | | | Sold<br>(part) | 10/08/19 | J | B | |
| 515. | | | | | Sold<br>(part) | 11/01/19 | J | B | |
| 516. | | | | | Sold<br>(part) | 11/13/19 | J | B | |
| 517. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 518. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 519. | | | | | Sold<br>(part) | 12/13/19 | J | C | |
| 520.  -Walt Disney Co | B | Dividend | M | T | Sold<br>(part) | 01/14/19 | J | A | |
| 521. | | | | | Buy<br>(add'l) | 02/13/19 | J | | |
| 522. | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 523. | | | | | Buy<br>(add'l) | 03/20/19 | J | | |
| 524. | | | | | Buy<br>(add'l) | 03/21/19 | J | | |
| 525. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 526. | | | | | Sold<br>(part) | 04/16/19 | J | A | |
| 527. | | | | | Sold<br>(part) | 05/22/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528. | | | | | Sold<br>(part) | 06/13/19 | J | A | |
| 529. | | | | | Sold<br>(part) | 06/25/19 | J | A | |
| 530. | | | | | Sold<br>(part) | 07/01/19 | J | B | |
| 531. | | | | | Sold<br>(part) | 08/08/19 | J | C | |
| 532. | | | | | Sold<br>(part) | 09/03/19 | J | B | |
| 533. | | | | | Sold<br>(part) | 09/09/19 | J | B | |
| 534. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 535. | | | | | Buy<br>(add'l) | 10/07/19 | J | | |
| 536. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 537. | | | | | Sold<br>(part) | 11/13/19 | J | C | |
| 538. | | | | | Sold<br>(part) | 11/22/19 | J | B | |
| 539. | | | | | Sold<br>(part) | 11/26/19 | J | C | |
| 540. | | | | | Sold<br>(part) | 12/17/19 | J | C | |
| 541.   -William Sonoma | C | Dividend | L | T | Sold<br>(part) | 01/04/19 | J | | |
| 542. | | | | | Buy<br>(add'l) | 02/21/19 | J | | |
| 543. | | | | | Sold<br>(part) | 04/05/19 | J | | |
| 544. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. | | | | | Sold<br>(part) | 05/22/19 | J | | |
| 546. | | | | | Sold<br>(part) | 07/15/19 | J | B | |
| 547. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 548. | | | | | Sold<br>(part) | 08/23/19 | J | A | |
| 549. | | | | | Buy<br>(add'l) | 08/29/19 | J | | |
| 550. | | | | | Sold<br>(part) | 09/10/19 | J | A | |
| 551. | | | | | Sold<br>(part) | 10/21/19 | J | A | |
| 552. | | | | | Sold<br>(part) | 11/05/19 | J | A | |
| 553. | | | | | Sold<br>(part) | 11/06/19 | J | A | |
| 554. | | | | | Sold<br>(part) | 11/07/19 | J | A | |
| 555. | | | | | Sold<br>(part) | 11/13/19 | J | A | |
| 556. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 557. | | | | | Sold<br>(part) | 12/18/19 | J | A | |
| 558. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 559. --WW International (Formerly: Weight Watchers Intl) | None | | L | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 560. | | | | | Buy<br>(add'l) | 01/07/19 | J | | |
| 561. | | | | | Buy<br>(add'l) | 01/10/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. | | | | | Buy<br>(add'l) | 01/11/19 | J | | |
| 563. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 564. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 565. | | | | | Buy<br>(add'l) | 07/29/19 | J | | |
| 566. | | | | | Sold<br>(part) | 09/03/19 | J | | |
| 567. | | | | | Sold<br>(part) | 09/04/19 | J | | |
| 568. | | | | | Sold<br>(part) | 09/25/19 | J | | |
| 569. | | | | | Sold<br>(part) | 11/22/19 | J | | |
| 570. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 571.  -Cash, Schwab Bank Sweep | A | Interest | L | T | | | | | |
| 572.  -US Treasury Note Due 5/15/19 | D | Interest | | | Matured | 05/15/19 | N | | |
| 573.  -US Treasury Note Due 4/30/19 | A | Interest | | | Matured | 04/30/19 | N | | |
| 574.  -US Treasury Bill Due 5/9/19 | C | Interest | | | Matured | 05/09/19 | N | | |
| 575.  -Wells Fargo CD Due 8/27/19 | C | Interest | | | Matured | 08/27/19 | M | | |
| 576.  -Bank of America CD Due 5/14/20 | | None | M | T | Buy | 05/09/19 | M | | |
| 577.  -Bank Ozk CD Due 5/28/20 | C | Interest | M | T | Buy | 05/15/19 | M | | |
| 578.  -Cathay Bank CD Due 5/15/20 | B | Interest | | | Buy | 05/09/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 579. | | | | | Matured | 08/29/19 | M | | |
| 580.  -Cathay Bank CD Due 9/10/20 | | None | L | T | Buy | 08/27/19 | M | | |
| 581.  -New York Communi CD Due 5/22/20 | | None | M | T | Buy | 05/15/19 | M | | |
| 582.  -US Treasury Note Due 9/15/20 | | None | L | T | Buy | 09/03/19 | L | | |
| 583.  -US Treasury Note Due 4/30/21 | | None | N | T | Buy | 04/23/19 | M | | |
| 584.  -Amazon | | None | M | T | Buy | 10/25/19 | J | | |
| 585. | | | | | Buy<br>(add'l) | 11/12/19 | J | | |
| 586. | | | | | Buy<br>(add'l) | 11/13/19 | K | | |
| 587. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 588. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 589. | | | | | Buy<br>(add'l) | 11/20/19 | K | | |
| 590. | | | | | Buy<br>(add'l) | 11/21/19 | K | | |
| 591. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 592. | | | | | Sold<br>(part) | 12/27/19 | J | A | |
| 593.  -American Express | A | Dividend | M | T | Buy | 01/31/19 | J | | |
| 594. | | | | | Buy<br>(add'l) | 02/07/19 | J | | |
| 595. | | | | | Buy<br>(add'l) | 02/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 596. | | | | | Buy<br>(add'l) | 02/21/19 | J | | |
| 597. | | | | | Buy<br>(add'l) | 03/07/19 | J | | |
| 598. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 599. | | | | | Buy<br>(add'l) | 03/25/19 | J | | |
| 600. | | | | | Buy<br>(add'l) | 04/09/19 | J | | |
| 601. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 602. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 603. | | | | | Buy<br>(add'l) | 08/26/19 | J | | |
| 604. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 605. | | | | | Sold<br>(part) | 09/03/19 | J | | |
| 606. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 607. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 608. | | | | | Buy<br>(add'l) | 10/03/19 | J | | |
| 609. | | | | | Buy<br>(add'l) | 10/18/19 | J | | |
| 610. | | | | | Buy<br>(add'l) | 10/24/19 | J | | |
| 611. | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 612.  -Dicks Sporting Goods | B | Dividend | K | T | Buy | 06/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 614. | | | | | Buy (add'l) | 06/24/19 | J | | |
| 615. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 616. | | | | | Buy (add'l) | 07/02/19 | J | | |
| 617. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 618. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 619. | | | | | Buy (add'l) | 08/09/19 | J | | |
| 620. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 621. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 622. | | | | | Sold (part) | 09/03/19 | J | | |
| 623. | | | | | Buy (add'l) | 09/18/19 | J | | |
| 624. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 625. | | | | | Sold (part) | 11/05/19 | J | A | |
| 626. | | | | | Sold (part) | 11/07/19 | J | A | |
| 627. | | | | | Sold (part) | 11/26/19 | J | A | |
| 628. | | | | | Sold (part) | 12/11/19 | J | | |
| 629. | | | | | Sold (part) | 12/12/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630. | | | | | Sold<br>(part) | 12/18/19 | J | B | |
| 631.  -Dominos Pizza | A | Dividend | L | T | Buy | 09/17/19 | J | | |
| 632. | | | | | Buy<br>(add'l) | 09/18/19 | J | | |
| 633. | | | | | Buy<br>(add'l) | 09/24/19 | K | | |
| 634. | | | | | Buy<br>(add'l) | 09/25/19 | K | | |
| 635. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 636. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 637. | | | | | Buy<br>(add'l) | 10/14/19 | J | | |
| 638. | | | | | Sold<br>(part) | 12/17/19 | J | B | |
| 639.  -Ralph Lauren | | None | L | T | Buy<br>(add'l) | 10/08/19 | J | | |
| 640. | | | | | Buy<br>(add'l) | 10/10/19 | J | | |
| 641. | | | | | Buy<br>(add'l) | 10/14/19 | J | | |
| 642. | | | | | Buy<br>(add'l) | 10/18/19 | J | | |
| 643. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 644. | | | | | Buy<br>(add'l) | 11/18/19 | K | | |
| 645. | | | | | Buy<br>(add'l) | 11/19/19 | J | | |
| 646. | | | | | Buy<br>(add'l) | 11/20/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647. | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 648. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 649. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 650. | | | | | | | | | |
| 651. Trust # 3 (H) | | | | | | | | | |
| 652. -Alphabet Inc. Class C | | None | L | T | Buy<br>(add'l) | 07/19/19 | K | | |
| 653. | | | | | Sold<br>(part) | 09/03/19 | J | D | |
| 654. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 655. -Anheuser-Busch | A | Dividend | | | Buy<br>(add'l) | 02/22/19 | J | | |
| 656. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 657. | | | | | Buy<br>(add'l) | 05/09/19 | J | | |
| 658. | | | | | Sold<br>(part) | 07/29/19 | J | | |
| 659. | | | | | Sold<br>(part) | 08/01/19 | J | A | |
| 660. | | | | | Sold<br>(part) | 09/09/19 | J | A | |
| 661. | | | | | Sold<br>(part) | 09/18/19 | K | C | |
| 662. | | | | | Sold | 10/03/19 | J | A | |
| 663. -Charles Schwab Corp | A | Dividend | | | Buy<br>(add'l) | 02/21/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 664. | | | | | Buy<br>(add'l) | 03/21/19 | J | | |
| 665. | | | | | Buy<br>(add'l) | 03/27/19 | J | | |
| 666. | | | | | Buy<br>(add'l) | 05/23/19 | J | | |
| 667. | | | | | Buy<br>(add'l) | 07/02/19 | J | | |
| 668. | | | | | Buy<br>(add'l) | 07/10/19 | J | | |
| 669. | | | | | Sold<br>(part) | 09/10/19 | K | | |
| 670. | | | | | Sold<br>(part) | 09/11/19 | J | | |
| 671. | | | | | Sold<br>(part) | 09/17/19 | J | | |
| 672. | | | | | Sold<br>(part) | 09/25/19 | J | | |
| 673. | | | | | Sold<br>(part) | 09/26/19 | J | | |
| 674. | | | | | Sold<br>(part) | 09/27/19 | J | | |
| 675. | | | | | Sold<br>(part) | 10/10/19 | J | | |
| 676. | | | | | Sold<br>(part) | 10/14/19 | J | | |
| 677. | | | | | Sold | 10/17/19 | K | | |
| 678.  -Coca Cola Company | C | Dividend | M | T | Buy<br>(add'l) | 04/23/19 | J | | |
| 679. | | | | | Sold<br>(part) | 06/06/19 | J | A | |
| 680. | | | | | Sold<br>(part) | 08/15/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold (part) | 08/23/19 | J | A | |
| 682. | | | | | Sold (part) | 09/03/19 | J | A | |
| 683. | | | | | Sold (part) | 09/25/19 | J | A | |
| 684. | | | | | Sold (part) | 09/26/19 | J | A | |
| 685.  -Comcast Corporation | B | Dividend | L | T | Buy (add'l) | 01/24/19 | J | | |
| 686. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 687. | | | | | Sold (part) | 07/26/19 | J | A | |
| 688. | | | | | Sold (part) | 09/03/19 | J | | |
| 689.  -Darden Restaurants | B | Dividend | L | T | Buy (add'l) | 04/04/19 | J | | |
| 690. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 691. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 692. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 693. | | | | | Sold (part) | 09/03/19 | J | | |
| 694. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 695. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 696. | | | | | Buy (add'l) | 10/10/19 | J | | |
| 697. | | | | | Buy (add'l) | 10/15/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.  -Diageo PLC | A | Dividend | L | T | Sold (part) | 01/03/19 | J | A | |
| 699. | | | | | Sold (part) | 05/09/19 | J | B | |
| 700. | | | | | Sold (part) | 05/20/19 | J | B | |
| 701. | | | | | Buy (add'l) | 09/18/19 | J | | |
| 702. | | | | | Buy (add'l) | 10/17/19 | K | | |
| 703. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 704.  -Dunkin Brands Group | A | Dividend | L | T | Buy (add'l) | 05/23/19 | J | | |
| 705. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 706. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 707. | | | | | Sold (part) | 09/03/19 | J | | |
| 708. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 709. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 710.  -Ebay | A | Dividend | | | Sold (part) | 02/04/19 | J | | |
| 711. | | | | | Sold (part) | 02/22/19 | J | | |
| 712. | | | | | Sold (part) | 03/21/19 | J | | |
| 713. | | | | | Sold (part) | 04/01/19 | J | | |
| 714. | | | | | Sold (part) | 09/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 715. | | | | | Sold<br>(part) | 09/24/19 | J | A | |
| 716. | | | | | Sold<br>(part) | 10/18/19 | K | C | |
| 717. | | | | | Sold | 10/25/19 | K | B | |
| 718.  -Exxon Mobil | D | Dividend | M | T | | | | | |
| 719.  -Facebook Inc Class A | | None | M | T | Sold<br>(part) | 03/26/19 | J | A | |
| 720. | | | | | Sold<br>(part) | 04/02/19 | J | A | |
| 721. | | | | | Sold<br>(part) | 04/04/19 | J | A | |
| 722. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 723. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 724. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 725. | | | | | Buy<br>(add'l) | 09/23/19 | J | | |
| 726. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 727.  -Heineken NV | A | Dividend | K | T | Sold<br>(part) | 01/30/19 | K | | |
| 728. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 729. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 730. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 731.  -Home Depot | B | Dividend | L | T | Buy<br>(add'l) | 02/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 732.  -LVMH MOET | A | Dividend | L | T | Buy<br>(add'l) | 08/14/19 | J | | |
| 733. | | | | | Buy<br>(add'l) | 09/23/19 | J | | |
| 734. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 735.  -Marriott Intl Inc. Class A | A | Dividend | | | Sold<br>(part) | 02/06/19 | J | | |
| 736. | | | | | Sold<br>(part) | 02/20/19 | J | | |
| 737. | | | | | Sold<br>(part) | 02/21/19 | J | | |
| 738. | | | | | Sold<br>(part) | 02/22/19 | J | | |
| 739. | | | | | Sold<br>(part) | 05/17/19 | J | A | |
| 740. | | | | | Sold<br>(part) | 05/20/19 | J | A | |
| 741. | | | | | Sold<br>(part) | 05/21/19 | K | B | |
| 742. | | | | | Sold | 05/22/19 | K | B | |
| 743.  -McDonalds | B | Dividend | M | T | Sold<br>(part) | 05/13/19 | J | B | |
| 744. | | | | | Sold<br>(part) | 07/15/19 | J | B | |
| 745. | | | | | Sold<br>(part) | 07/17/19 | J | C | |
| 746. | | | | | Sold<br>(part) | 08/09/19 | J | C | |
| 747. | | | | | Sold<br>(part) | 08/13/19 | J | C | |
| 748. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 749. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 750.  -Microsoft Corp | B | Dividend | L | T | Sold<br>(part) | 07/01/19 | J | D | |
| 751. | | | | | Sold<br>(part) | 09/03/19 | J | B | |
| 752.  -Nestle | C | Dividend | L | T | Sold<br>(part) | 01/03/19 | J | | |
| 753. | | | | | Sold<br>(part) | 02/28/19 | J | A | |
| 754. | | | | | Sold<br>(part) | 03/07/19 | J | A | |
| 755. | | | | | Sold<br>(part) | 05/31/19 | J | B | |
| 756. | | | | | Sold<br>(part) | 07/17/19 | J | B | |
| 757. | | | | | Sold<br>(part) | 07/26/19 | J | A | |
| 758. | | | | | Sold<br>(part) | 09/26/19 | J | B | |
| 759.  -Pepsico | D | Dividend | M | T | | | | | |
| 760.  -Starbucks | A | Dividend | | | Sold<br>(part) | 01/23/19 | J | A | |
| 761. | | | | | Sold<br>(part) | 01/29/19 | J | A | |
| 762. | | | | | Sold<br>(part) | 03/04/19 | J | B | |
| 763. | | | | | Sold<br>(part) | 06/24/19 | K | D | |
| 764. | | | | | Sold<br>(part) | 06/25/19 | J | C | |
| 765. | | | | | Sold<br>(part) | 06/26/19 | J | C | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold | 07/01/19 | J | D | |
| 767.  -Sherwin Williams Co | A | Dividend | | | Buy (add'l) | 01/03/19 | J | | |
| 768. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 769. | | | | | Sold (part) | 08/01/19 | J | B | |
| 770. | | | | | Sold (part) | 09/26/19 | J | C | |
| 771. | | | | | Sold (part) | 10/02/19 | J | C | |
| 772. | | | | | Sold (part) | 10/04/19 | J | C | |
| 773. | | | | | Sold | 10/28/19 | J | D | |
| 774.  -Tiffany & Co | B | Dividend | K | T | Buy (add'l) | 01/03/19 | J | | |
| 775. | | | | | Buy (add'l) | 01/10/19 | J | | |
| 776. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 777. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 778. | | | | | Buy (add'l) | 07/18/19 | J | | |
| 779. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 780. | | | | | Sold (part) | 11/04/19 | J | A | |
| 781. | | | | | Sold (part) | 11/06/19 | J | B | |
| 782. | | | | | Sold (part) | 11/25/19 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold (part) | 12/16/19 | K | D | |
| 784.  -Ulta Beauty Inc | | None | L | T | Sold (part) | 01/09/19 | J | C | |
| 785. | | | | | Sold (part) | 01/17/19 | J | B | |
| 786. | | | | | Sold (part) | 04/23/19 | J | C | |
| 787. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 788. | | | | | Buy (add'l) | 09/12/19 | J | | |
| 789.  -Wal-Mart Stores | B | Dividend | L | T | Buy (add'l) | 04/09/19 | J | | |
| 790. | | | | | Sold (part) | 07/15/19 | J | B | |
| 791. | | | | | Sold (part) | 07/26/19 | J | A | |
| 792. | | | | | Sold (part) | 08/23/19 | J | B | |
| 793. | | | | | Sold (part) | 10/08/19 | J | B | |
| 794. | | | | | Sold (part) | 11/01/19 | J | B | |
| 795.  -Walt Disney Co | B | Dividend | M | T | Sold (part) | 01/08/19 | J | A | |
| 796. | | | | | Sold (part) | 09/03/19 | J | A | |
| 797.  -William Sonoma | B | Dividend | L | T | Buy (add'l) | 02/08/19 | J | | |
| 798. | | | | | Sold (part) | 03/07/19 | J | | |
| 799. | | | | | Buy (add'l) | 08/01/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy (add'l) | 08/09/19 | J | | |
| 801. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 802. | | | | | Sold (part) | 09/11/19 | J | | |
| 803. | | | | | Sold (part) | 11/06/19 | J | A | |
| 804. | | | | | Sold (part) | 11/15/19 | J | A | |
| 805. | | | | | Sold (part) | 12/16/19 | J | B | |
| 806.  -WW International (Formerly Weight Watchers Intl) | None | K | T | | Buy (add'l) | 01/03/19 | J | | |
| 807. | | | | | Buy (add'l) | 01/09/19 | J | | |
| 808. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 809. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 810. | | | | | Sold (part) | 07/19/19 | J | | |
| 811. | | | | | Sold (part) | 08/07/19 | J | | |
| 812. | | | | | Sold (part) | 08/08/19 | J | | |
| 813. | | | | | Sold (part) | 08/09/19 | J | | |
| 814. | | | | | Sold (part) | 08/14/19 | J | | |
| 815. | | | | | Sold (part) | 08/28/19 | J | | |
| 816. | | | | | Sold (part) | 09/03/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 817. | | | | | Buy<br>(add'l) | 10/18/19 | J | | |
| 818. | | | | | Buy<br>(add'l) | 11/06/19 | J | | |
| 819. | | | | | Buy<br>(add'l) | 12/30/19 | J | | |
| 820.  -Cash, Schwab Bank Sweep | A | Interest | K | T | | | | | |
| 821.  -US Treasury Bill Due 5/2/19 | C | Interest | | | Matured | 05/02/19 | N | | |
| 822.  -US Treasury Bill Due 10/31/19 | C | Interest | | | Buy | 05/02/19 | N | | |
| 823. | | | | | Matured | 10/31/19 | N | | |
| 824.  -US Treasury Bill Due 4/30/20 | | None | N | T | Buy | 10/31/19 | N | | |
| 825.  -Amazon | | None | L | T | Buy | 10/25/19 | J | | |
| 826. | | | | | Buy<br>(add'l) | 11/13/19 | K | | |
| 827. | | | | | Buy<br>(add'l) | 11/19/19 | J | | |
| 828. | | | | | Buy<br>(add'l) | 11/20/19 | K | | |
| 829.  -American Express Co | A | Dividend | L | T | Buy | 01/31/19 | J | | |
| 830. | | | | | Buy<br>(add'l) | 02/08/19 | J | | |
| 831. | | | | | Buy<br>(add'l) | 03/07/19 | J | | |
| 832. | | | | | Buy<br>(add'l) | 04/09/19 | J | | |
| 833. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 834. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 835. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 836. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 837. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 838. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 839. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 840. -Booking Holdings | | None | | | Buy | 05/17/19 | K | | |
| 841. | | | | | Buy (add'l) | 05/20/19 | K | | |
| 842. | | | | | Buy (add'l) | 05/22/19 | K | | |
| 843. | | | | | Buy (add'l) | 05/23/19 | J | | |
| 844. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 845. | | | | | Sold (part) | 09/03/19 | J | A | |
| 846. | | | | | Sold (part) | 11/13/19 | K | A | |
| 847. | | | | | Sold (part) | 11/18/19 | K | A | |
| 848. | | | | | Sold (part) | 11/19/19 | K | A | |
| 849. | | | | | Sold | 11/20/19 | K | B | |
| 850. -Dicks Sporting Goods | A | Dividend | L | T | Buy (add'l) | 06/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 851. | | | | | Buy<br>(add'l) | 06/24/19 | K | | |
| 852. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 853. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 854. | | | | | Buy<br>(add'l) | 07/02/19 | J | | |
| 855. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 856. | | | | | Buy<br>(add'l) | 08/07/19 | J | | |
| 857. | | | | | Buy<br>(add'l) | 08/09/19 | J | | |
| 858. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 859. | | | | | Sold<br>(part) | 09/03/19 | J | | |
| 860. | | | | | Buy<br>(add'l) | 09/18/19 | J | | |
| 861. -Dominos Pizza, Inc | A | Dividend | L | T | Buy | 09/18/19 | J | | |
| 862. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 863. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 864. | | | | | Buy<br>(add'l) | 09/26/19 | K | | |
| 865. | | | | | Buy<br>(add'l) | 10/14/19 | J | | |
| 866. -Ralph Lauren | | None | L | T | Buy | 10/08/19 | J | | |
| 867. | | | | | Buy<br>(add'l) | 10/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 868. | | | | | Buy<br>(add'l) | 10/18/19 | J | | |
| 869. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 870. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 871. | | | | | Buy<br>(add'l) | 11/19/19 | J | | |
| 872. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 873. | | | | | | | | | |
| 874. Trust # 4 (H) | | | | | | | | | |
| 875. Cash, Charles Schwab Bank | A | Interest | J | T | | | | | |
| 876. -Town of Braintree MA 5%, Due 05/15/2019 | A | Interest | | | Redeemed | 05/15/19 | J | | |
| 877. -Massachusetts St Wtr 5 %, Due 08/01/2021 | A | Interest | | | Redeemed | 08/01/19 | K | | |
| 878. -Pittsfield Mass Rfdg St 5%, Due 03/01/2020 | B | Interest | K | T | | | | | |
| 879. -Massachusetts Bay Transn Auth 5% Due 07/01/2022 | B | Interest | K | T | | | | | |
| 880. - Nebraska St Public Powr Dist 5% Due 01/01/2025 | A | Interest | K | T | | | | | |
| 881. -Marshfield MA Muni Purpose Bond 5% Due 11/01/2024 | A | Interest | K | T | | | | | |
| 882. -Althens, AL 5% Due 02/01/2023 | A | Interest | K | T | | | | | |
| 883. -TX Southmost CLG 5% Due 02/15/2025 | A | Interest | K | T | | | | | |
| 884. -Peabody, MA 4% Due 7/15/21 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 885.  -Georgetown, MA 4% Due 5/1/20 | A | Interest | K | T | | | | | |
| 886.  -MA ST FED HWY 5% Due 6/15/26 | A | Interest | K | T | | | | | |
| 887.  -MA ST SCH BLDG AUTH 5% Due 8/15/29 | A | Interest | K | T | | | | | |
| 888.  -Boston MA 4% Due 03/01/27 | A | Interest | K | T | | | | | |
| 889.  -Billerica Mass 5% Due 2/1/24 | A | Interest | K | T | | | | | |
| 890.  -FL St B/E Lottery 5% Due 7/1/24 | A | Interest | K | T | | | | | |
| 891.  -IN Mun Pwr Supps RE 5% Due 1/1/28 | A | Interest | K | T | | | | | |
| 892.  -Barnstable MA 4% Due 2/15/25 | A | Interest | K | T | | | | | |
| 893.  -Marlborough MA 4% Due 6/15/25 | A | Interest | K | T | | | | | |
| 894.  -MA ST Trans FD 4% Due 6/1/28 | A | Interest | K | T | | | | | |
| 895.  -MA ST Wtr Res Auth 5% Due 8/1/27 | A | Interest | K | T | | | | | |
| 896.  -Pennsylvania St 5% Due 1/1/27 | A | Interest | | | Redeemed | 11/06/19 | K | | |
| 897.  -WI St Hlth Ed FA 5% Due 8/15/30 | A | Interest | K | T | | | | | |
| 898.  -Concord MA 5% Due 1/15/27 | | None | K | T | Buy | 10/01/19 | K | | |
| 899.  -IL St Toll Hwy Auth 5% Due 1/1/27 | | None | K | T | Buy | 11/06/19 | K | | |
| 900.  -MA Bay Tran Auth 4% Due 7/1/26 | A | Interest | K | T | Buy | 06/07/19 | K | | |
| 901.  -Comm of MA 5% Due 7/1/27 | A | Interest | K | T | Buy | 01/04/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 902.  -US Treasury NT 1.875% | A | Interest | | | Buy | 07/30/19 | K | | |
| 903. | | | | | Sold | 10/01/19 | K | | |
| 904. | | | | | | | | | |
| 905.  Trust # 5 IRA (H) | | | | | | | | | |
| 906.  -ALPS ETF TR Alerian MLP | A | Dividend | | | Sold<br>(part) | 12/19/19 | J | | |
| 907. | | | | | Sold | 12/20/19 | J | | |
| 908.  -Welltower, Inc. | A | Dividend | J | T | | | | | |
| 909.  -Altria Group Inc. | A | Dividend | J | T | Buy<br>(add'l) | 06/26/19 | J | | |
| 910.  -Bank of Montreal | A | Dividend | J | T | | | | | |
| 911.  -BCE Inc Com New | A | Dividend | J | T | | | | | |
| 912. | | | | | | | | | |
| 913.  -Lockheed Martin Corp. | A | Dividend | J | T | | | | | |
| 914.  -Merck & Co Inc. | A | Dividend | | | Sold<br>(part) | 10/17/19 | J | | |
| 915.  -Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 916.  -American Electric Power | A | Dividend | | | Sold | 08/14/19 | J | | |
| 917.  -Chevron | A | Dividend | J | T | | | | | |
| 918.  -HSBC Holdings PLC | A | Dividend | | | Sold | 08/14/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 919.  -Simon Property Group, Inc. | A | Dividend | J | T | | | | | |
| 920.  -Digital Realty Trust, Inc. | A | Dividend | J | T | | | | | |
| 921.  -Duke Energy | A | Dividend | J | T | | | | | |
| 922.  -Eaton Corporation | A | Dividend | | | Sold | 08/14/19 | J | | |
| 923.  -Verizon | A | Dividend | J | T | | | | | |
| 924.  -Abbvie | A | Dividend | J | T | | | | | |
| 925.  -Caterpillar | A | Dividend | J | T | | | | | |
| 926.  -Cisco Systems | A | Dividend | J | T | | | | | |
| 927.  -Crown Castle Internaional Corp | A | Dividend | J | T | | | | | |
| 928.  -IBM | A | Dividend | J | T | | | | | |
| 929.  -CVS Health Corp | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 930. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 931.  -Dominion Energy | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 932.  -Gilead Sciences | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 933. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 934.  -Keycorp New | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 935.  -Williams Companies | | None | J | T | Buy | 12/19/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Buy (add'l) | 12/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stahl, Norman H.** | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Norman H. Stahl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544